Dismissed and Memorandum Opinion filed December 22, 2005









Dismissed and Memorandum Opinion filed December 22,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00255-CV

____________

 

DEBORAH G. HORTON,
Appellant

 

V.

 

VICTORIA PHUOC,
Appellee

 



 

On Appeal from the 80th District
Court

Harris County ,
Texas

Trial Court Cause No.
02-17744

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from a judgement signed February 1, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On November 7, 2005, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 22, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.